1539

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Criminal No. 26- 240 |
| COSMIN VADUVA | (18 U.S.C. § 1344(1)) |

FILED
NOV 04 2026
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF PA

## INDICTMENT

## INTRODUCTION

The grand jury charges:

At all times relevant to this Indictment:

**COSMIN VADUVA**

1. The defendant, COSMIN VADUVA, was a citizen of Romania.

**FINANCIAL INSTITUTIONS**

**Bank of America**

2. Bank of America was a financial institution within the meaning of 18 U.S.C. § 20 in that its deposits were insured by the Federal Deposit Insurance Corporation.

3. On or about April 12, 2022, a bank account ending in 6136 at Bank of America was opened in the name of Franco Fiero using a false and fraudulent name and Italian passport/identification.

4. On or about April 13, 2022, a bank account ending in 1696 at Bank of America was opened in the name of Celentano Bosco using a false and fraudulent name and Italian passport/identification.

5. On or about July 11, 2022, a bank account ending in 1559 at Bank of America was opened in the name of Alfredo Elyo using a false and fraudulent name and Italian

passport/identification.

6. On or about December 9, 2022, a bank account ending in 8466 at Bank of America was opened in the name of Valerio Linguini using a false and fraudulent name and Italian passport/identification.

**Sun Trust/Truist Bank**

7. Sun Trust Bank/Truist ("Truist Bank") was a financial institution within the meaning of 18 U.S.C. § 20 in that its deposits were insured by the Federal Deposit Insurance Corporation.

8. On or about April 12, 2022, a bank account ending in 2524 at Truist Bank was opened in the name of Franco Fiero using a false and fraudulent name and Italian passport/identification.

9. On or about April 13, 2022, a bank account ending in 7617 at Truist Bank was opened in the name of Celentano Bosco using a false and fraudulent name and Italian passport/identification.

10. On or about December 9, 2022, a bank account ending in 1764 at Truist Bank was opened in the name of Valerie Linguini using a false and fraudulent name and Italian passport/identification.

**TD Bank**

11. TD Bank was a financial institution within the meaning of 18 U.S.C. § 20 in that its deposits were insured by the Federal Deposit Insurance Corporation.

12. On or about April 12, 2022, a bank account ending in 3056 at TD Bank was opened in the name of Franco Fiero using a false and fraudulent name and Italian passport/identification.

13. On or about April 12, 2022, a bank account ending in 1589 at TD Bank was opened in the name of Celentano Bosco using a false and fraudulent name and Italian passport/identification.

14. On or about July 7, 2022, a bank account ending in 2715 at TD Bank was opened in the name of Valerio Linguini using a false and fraudulent name and Italian passport/identification.

15. On or about July 7, 2022, a bank account ending in 2947 at TD Bank was opened using the name of Alfredo Ellyo using a false and fraudulent name and Italian passport/identification.

**CHURCHES**

16. The following churches were located and operated in the Western District of Pennsylvania: Saint Aidan's Parish, Upper St. Clair Alliance Church, the Bible Chapel, Allison Park Church, South Hills Bible Chapel, Waterdam Church, Saint Paul's United Methodist Church, and North Park Church.

17. These above-listed churches located in the Western District of Pennsylvania as well as other religious institutions located elsewhere received monetary donations/contributions from their parishioners and others by way of checks which were sent via the United States mail and deposited into designated receptacles at the churches.

18. These monetary donations/contributions in the form of bank checks were intended for and made payable to these above-listed churches located in the Western District of Pennsylvania and other religious institutions located elsewhere.

19. From in and around June 2022 through in and around March 2023, the defendant, COSMIN VADUVA, deposited bank checks that were intended for and made payable

to the above-listed churches located in the Western District of Pennsylvania and other religious institutions located elsewhere into the bank accounts listed in Paragraphs 3, 4, 5, 6, 8, 9, 10, 12, 13, 14, and 15 of this Indictment.

20. From in and around June 2022 through in and around March 2023, over 960 checks, totaling more than $433,000, intended for and made payable to the above-listed churches located in the Western District of Pennsylvania and religious institutions located elsewhere were deposited into the bank accounts listed in Paragraphs 3, 4, 5, 6, 8, 9, 10, 12, 13, 14, and 15 of this Indictment.

**THE SCHEME AND ARTIFICE TO DEFRAUD**

21. From in and around April 2022 through in and around March 2023, in the Western District of Pennsylvania and elsewhere, the defendant, COSMIN VADUVA, knowingly and with the intent to defraud, executed and attempted to execute a scheme and artifice to defraud Bank of America, Truist Bank, and TD Bank, federally insured financial institutions.

22. It was a part of the scheme and artifice to defraud that the defendant, COSMIN VADUVA, deposited checks intended for and made payable to the above-listed churches located in the Western District of Pennsylvania and other religious institutions located elsewhere into bank accounts at Bank of America, Truist Bank, and TD Bank that were opened using false and fraudulent names and passports/identifications.

23. It was further a part of the scheme and artifice to defraud that the defendant, COSMIN VADUVA, deposited these checks intended for and made payable to the above-listed churches located in the Western District of Pennsylvania and other religious institutions located elsewhere knowing that the checks were made payable to such churches when he deposited the checks into bank accounts at Bank of America, Truist Bank, and TD Bank.

24. It was further a part of the scheme and artifice to defraud that the defendant, COSMIN VADUVA, deposited checks intended for and made payable to the above-listed churches located in the Western District of Pennsylvania and other religious institutions located elsewhere using bank cards (ATM/debit cards) that were issued in connection with the above-identified bank accounts at Bank of America, Truist Bank, and TD Bank.

25. It was further a part of the scheme and artifice to defraud that the defendant, COSMIN VADUVA, made cash withdrawals from the above-identified bank accounts at Bank of America, Truist Bank, and TD Bank, using bank cards (ATM/debit cards) that were issued in connection with these accounts.

26. It was further a part of the scheme and artifice to defraud that on or about October 10, 2022, the defendant, COSMIN VADUVA, deposited through an automated teller machine (ATM) located in Maryland, a check issued by PNC Bank (Check No. 459), made payable to "St. Aidan Parish" in the amount of $2,000.00, into the Bank of America account ending in 1696, opened in the name of Celentano Bosco using a false and fraudulent name and Italian passport/identification.

**COUNT ONE**

27. Paragraphs 1 through 26 of this Indictment are hereby realleged and incorporated by reference as though fully set forth herein.

28. On or about October 15, 2022, from approximately 7:06 p.m. EST to approximately 7:07 p.m. EST, the defendant, COSMIN VADUVA, made two cash withdrawals in the amounts of $700 and $800 from the Bank of America account ending in 1696 using an automated teller machine (ATM) at the Bank of America branch located in Cranberry, Pennsylvania.

In violation of Title 18, United States Code, Section 1344(1).

A True Bill,

FOREPERSON

TROY RIVETTI
United States Attorney
PA ID No. 56816

NICOLE A. STOCKEY
Assistant United States Attorney
PA ID No. 306955