IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA

v.

COSMIN VADUVA

Criminal No. 2:26-cr-240

ORDER

AND NOW, to wit, this 4th day of November, 2026, upon consideration of the Motion for Arrest Warrant, heretofore filed by the United States of America, it is hereby ORDERED that said Motion is GRANTED.

It is further ORDERED that an Arrest Warrant shall issue for the apprehension of defendant COSMIN VADUVA.

Bond shall be set by the United States Magistrate Judge.

UNITED STATES MAGISTRATE JUDGE

cc: Nicole A. Stockey, AUSA

FILED
NOV 04 2026
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF PA